UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD RADOSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1427 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence [Doc. #11] is set for Thursday, May 27, 2010, at 11:00 a.m. in the courtroom of the undersigned..

Dated this 14th day of April , 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE